UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 2:14-CR-098 |
| | ) |
| LEE PATRICK ANTJUAN LINDSEY | ) |

### MEMORANDUM AND ORDER

This case is set for trial on November 13, 2014, with a plea deadline of October 30, 2014. Now before the court is the defendant's "Motion to Continue Plea Deadline and Trial Date" [doc. 59], by which the defendant "requests a one-week continuance of the plea deadline and trial date." The defendant states that additional time is needed to acquire and review further discovery in order to determine whether he should plead or go to trial. The United States does not oppose the request.

Having considered the parties' positions, the court finds that the ends of justice served by granting the motion outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The court further finds that the failure to grant the motion would deny the defense reasonable time necessary for effective preparation. 18 U.S.C. § 3161(h)(7)(B)(iv). The motion requires a delay in the proceedings. Therefore, all the time from the filing of the motion to the new trial date is excludable as provided by the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A).

The defendant's motion [doc. 59] is **GRANTED**. This criminal case is **CONTINUED** from November 13, 2014, to **Thursday, November 20, 2014, at 9:00**

**a.m.** in Greeneville. The new plea cutoff date is November 6, 2014.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge